UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**

FEB 08 2007



CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 05-40097-02 |
| Plaintiff, | * | |
| vs. | * | ORDER ON MOTION |
| JOHN MORGAN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pending is the Defendant's Motion to Reconsider Detention (Doc. 238) wherein Defendant John Morgan requests the court reconsider his detention status and instead authorize his release to the Stepping Stones facility in Mitchell, South Dakota, until his probation revocation hearing set for February 13, 2007. The government resists the motion. After thoroughly considering defendant's motion and the government's response thereto, as well as reviewing the entire file herein, it is hereby

ORDERED, that Defendant's Motion (Doc. 238) is DENIED and the previous order of detention will remain in effect pending the probation revocation hearing.

Dated this 8th day of February, 2007.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk of Courts

By _____, Deputy

(SEAL)